THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Pamela Adkins,       
Appellant.
 
 
 

Appeal From Lexington County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2003-UP-525
Submitted July 1, 2003  Filed September 
 2, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Theresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Pamela Adkins appeals the circuit 
 courts revocation of her probation for her conviction for bank fraud.  Adkinss 
 appellate counsel has petitioned to be relieved as counsel, stating he has reviewed 
 the record and has concluded Adkinss appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred by allegedly assessing the 
 extent of her drug use in reliance on facts not in evidence and its own speculation.  
 Adkins did not file a separate pro se brief.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Adkinss 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, BEATTY, and KITTREDGE, JJ., concur

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.